# EXHIBIT D

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]