**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-02122

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ZHENG "ANDY" LIU**

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice appearance of Zheng "Andy" Liu is GRANTED.

Dated: ______________________

________________________________________
UNITED STATES DISTRICT JUDGE