**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-02122

**AFFIDAVIT OF ZHENG "ANDY" LIU**

I, Zheng "Andy" Liu, make this affidavit in support of the motion to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Zheng "Andy" Liu, being duly sworn, do hereby depose and say as follows:

1. I am an attorney at the law firm Aptum Law.
2. My business address is 1660 S Amphlett Blvd Suite 315, San Mateo, CA 94402.
3. I am a member in good standing of the bar of California.

4. My bar identification number is 279327.

5. A certificate of good standing from California is attached to this affidavit.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: September 25, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu