**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-02122

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

AND NOW, this ____ day of _________, 2026, upon consideration of Plaintiff's Motion to Exceed Page Limit,

IT IS HEREBY ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall accept Plaintiff's Memorandum of Law in Support of its *Ex Parte* Application for (1) a Temporary Restraining Order; (2) an Order Restraining Assets and Merchant Storefronts; (3) an Order to Show Cause Why a Preliminary Injunction Should Not Issue; and (4) an Order Authorizing Expedited Discovery, as filed, irrespective of page limitations established by the Court.

______________________________
UNITED STATES DISTRICT JUDGE