**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD,<br><br>Plaintiff,<br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-02122<br><br>**FILED UNDER SEAL** |

***EX PARTE* MOTION FOR 1) TEMPORARY RESTRAINING ORDER; 2) ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS; 3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND 4) ORDER AUTHORIZING EXPEDITED DISCOVERY**

Plaintiff now moves this Court for an Order granting their *Ex Parte* Application for: 1) a temporary restraining order; 2) an order restraining assets and Merchant Storefronts (as defined infra); 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing expedited discovery against the Defendants identified on **Schedule "A"** to the Complaint (collectively, the "Defendants"). The legal support for this motion is contained in the accompanying Memorandum of Law. The evidence supporting this motion is contained in the Declaration of Shenzhen Kesite Digital Technology Co., Ltd, and the exhibits attached thereto. A proposed order is filed herewith.

Date: September 25, 2026

Respectfully submitted,

____/s/ Zheng "Andy" Liu______

Zheng "Andy" Liu (CA-279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*