**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT
412−208−7500

WHEN REPLYING, PROVIDE CASE NUMBER AND PARTY NAMES

September 28, 2026

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

RE: SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD vs. SCHEDULE A DEFENDANTS
Case Number: 2:26−CV−02122−MJH

Dear Sir/Madam:

In compliance with the provisions of 17 U.S.C. 508, enclosed please find a copy of the Complaint, Docket Entries, and AO 121 form filed in the United States District Court for the Western District of Pennsylvania.

Thank you for your attention in this matter.

Very truly yours,

BRANDY S. LONCHENA
CLERK OF COURT

By: /s/ **Katie Hall**
Deputy Clerk

Enclosures