**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHENZHEN KESITE DIGITAL TECHNOLOGY CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-02122 |

**ORDER ON PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

AND NOW, this 1st day of October, 2026, upon consideration of Plaintiff's Motion to Exceed Page Limit,

IT IS HEREBY ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall accept Plaintiff's Memorandum of Law in Support of its *Ex Parte* Application for (1) a Temporary Restraining Order; (2) an Order Restraining Assets and Merchant Storefronts; (3) an Order to Show Cause Why a Preliminary Injunction Should Not Issue; and (4) an Order Authorizing Expedited Discovery, as filed, irrespective of page limitations established by the Court.

Marilyn J. Horan
UNITED STATES DISTRICT JUDGE